UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| v. | ) | No. 14 CR 300-1 |
| | ) | |
| SUBIR MAITRA, | ) | Judge Matthew F. Kennelly |
| | ) | |
| Defendant. | ) | |

### RELEASE OF JUDGMENT LIEN

Judgment was entered against the defendant, in the above-captioned case, in the United States District Court for the Northern District of Illinois under case number 14 CR 300-1. The judgment in the amount of $61,670.00, having been paid or otherwise satisfied, is hereby released. The Clerk of the United States District Court is hereby authorized and empowered to satisfy said judgment of record. The lien recorded at the Cook County Recorder's Office on September 26, 2014, as document number 1426913011, is hereby released.

    Respectfully submitted,

    ZACHARY T. FARDON
    United States Attorney


    By:  s/ Elizabeth A. Wilson
        ELIZABETH A. WILSON
        Assistant United States Attorney
        219 South Dearborn Street
        Chicago, Illinois 60604
        312-353-5331
        Elizabeth.wilson2@usdoj.gov

**CERTIFICATE OF SERVICE**

The undersigned Assistant United States Attorney hereby certifies that in accordance with FED. R. CIV. P. 5, LR5.5, and the General Order on Electronic Case Filing (ECF), the following document:

RELEASE OF JUDGMENT LIEN

was served pursuant to the district court's ECF system as to ECF filers, if any, and will be mailed within five business days of this release being filed, to the following non-ECF filers:

Subir Maitra, USM # 45668-424
FCI Pekin
Federal Correctional Institution
P.O. Box 5000
Pekin, IL 61555

By: s/ Elizabeth A. Wilson
ELIZABETH A. WILSON
Assistant United States Attorney
219 South Dearborn Street
Chicago, Illinois 60604
312-353-5331
Elizabeth.wilson2@usdoj.gov